# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:00CR160

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| JODY SCOTT CALLOWAY ) | |

**THIS MATTER** is before the Court on the Government's renewed motion for an order to require the liquidation of certain property in the custody of the Federal Bureau of Investigation in order to satisfy restitution.

No objections having been filed by either the Defendant or potential third party claimants,

**IT IS, THEREFORE, ORDERED** that the Government's renewed motion is **ALLOWED**.

**IT IS FURTHER ORDERED** that the Federal Bureau of Investigation liquidate the two separate sums of $68,524 and $10,000 originally seized as evidence in this case, convert the total amount to a check payable to the Clerk, U.S. District Court, Western District of North Carolina, and

transmit same to the Clerk's Office at 204 Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202.

**IT IS FURTHER ORDERED** that, after receipt of these proceeds, the Clerk apply same to the Defendant's criminal restitution obligation in partial satisfaction thereof.

Signed: July 5, 2006

Lacy H. Thornburg
United States District Judge